

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BLACK MOUNTAIN OPERATING, LLC, | § | |
| | § | |
| Appellant, | § | No. 08-25-00072-CV |
| | § | |
| v. | § | Appeal from the |
| | § | |
| JOHN F. STEVENSON, BORDEN W. STEVENSON, JOAN PIRIE | | 143rd District Court |
| LECLERC, JOHN T. PIRIE, | § | |
| SOPHIE H. PIRIE, BLAKE OIL | | of Reeves County, Texas |
| AND GAS CORPORATION, MDJ | § | |
| MINERALS, L.L.P., WADE P. | | (TC# 21-06-24028-CVR) |
| KOEHL, and MIDLAND AOG | § | |
| PARTNERS, LTD., | § | |
| | | |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On February 26, 2025, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellant that the appeal would be subject to dismissal on or after March 7, 2025, if Appellant failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing

an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

March 19, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.